# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 9, 2015

Robert P. Young, Jr.,
Chief Justice

150624

Stephen J. Markman
Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Joan L. Larsen,
Justices

FARM BUREAU GENERAL INSURANCE
COMPANY OF MICHIGAN,
         Plaintiff-Appellee,

v

FREDERICK J. HOLSTINE,
         Defendant,

and

TIMOTHY BIALEK, as Conservator for the
Estate of JOSEPH BIALEK, a Protected
Individual,
         Defendant-Appellant.

SC: 150624
COA: 314652
Iosco CC: 12-007036-CK

_____/

      On order of the Court, the application for leave to appeal the September 2, 2014 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE that part of the Court of Appeals judgment analyzing the coverage issue under the subject policy's Property Coverage section. That section of the policy was irrelevant to the issue of liability coverage in this case. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 9, 2015



Clerk

p1202